IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

CHACE JONES,

    Defendant.

Criminal Action No.
1:25-cr-00011-SDG-JSA-3

### ORDER

This matter is before the Court for consideration of the Final Report and Recommendation Concerning Plea of Guilty (R&R) entered by United States Magistrate Judge Christopher C. Bly [ECF 160], which recommends that Defendant Chace Jones's plea of guilty be ACCEPTED and that Defendant Jones be adjudged guilty and have sentence imposed accordingly. Defendant Jones did not file objections to the R&R. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(1), undersigned reviewed the R&R for clear error and found none. Accordingly, undersigned **ADOPTS** the R&R [ECF 160] as the order of this Court. Defendant Jones's plea of guilty is **ACCEPTED and ENTERED**.

A sentencing hearing has been scheduled for April 14, 2026 at 10:00 am by separate order [ECF 162].

Dated this 23rd day of December 2025.

_____
Steven D. Grimberg
United States District Judge